MARGARET GOLDMAN, Respondent, v. GEORGE A. CARDEN and Others, Appellants, Impleaded with Others.— Order, so far as appealed from, modified, by

---

* Affd., 254 N. Y. ——.

requiring plaintiff to give the particulars as stated in order, and as so modified affirmed, without costs. The bill of particulars to be filed within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.